| | |
|---|---|
| 1 | DIANA G. DICKINSON, ESQ., Bar No. 13477 |
| | LITTLER MENDELSON, P.C. |
| 2 | 3960 Howard Hughes Parkway |
| | Suite 300 |
| 3 | Las Vegas, NV  89169-5937 |
| | Telephone:    702.862.8800 |
| 4 | Fax No.:        702.862.8811 |
| | Email:          ddickinson@littler.com |
| 5 | |
| | Attorney for Defendant |
| 6 | BACKGROUNDCHECKS.COM |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALFREDO SALAZAR, | Case No. 2:20-cv-01027-JCM-DJA |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM TO FILE RESPONSIVE PLEADING** |
| vs. | |
| BACKGROUNDCHECKS.COM, | **[FIRST REQUEST]** |
| Defendant. | |

Plaintiff ALFREDO SALAZAR ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of July 16, 2020, up to and including **August 17, 2020**.

Such extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to continue to investigate the allegations in the Complaint and prepare a sufficient responsive pleading.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: July 6, 2020                              Dated: July 6, 2020

Respectfully submitted,                          Respectfully submitted,

*/s/ Matthew I. Knepper*                         */s/ Diana G. Dickinson*
GEORGE HAINES, ESQ.                              DIANA G. DICKINSON, ESQ.
FREEDOM LAW FIRM                                 LITTLER MENDELSON, P.C.

MATTHEW I. KNEPPER, ESQ.                         Attorney for Defendant
MILES N. CLARK, ESQ.                             BACKGROUNDCHECKS.COM
KNEPPER & CLARK LLC

Attorneys for Plaintiff
ALFREDO SALAZAR

**ORDER**

**IT IS SO ORDERED.**

Dated: _____July 7_____, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4821-1785-4913.1 107811.1005

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.