1  DIANA G. DICKINSON, ESQ., Bar No. 13477
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway
   Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:   702.862.8800
4  Fax No.:       702.862.8811
   Email:           ddickinson@littler.com
5
   Attorney for Defendant
6  BACKGROUNDCHECKS.COM LLC

7

8                    **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10

11 | ALFREDO SALAZAR,              | Case No. 2:20-cv-01027-JCM-DJA |
12 |        Plaintiff,             | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |
13 | vs.                           |  |
14 | BACKGROUNDCHECKS.COM,         | **[SECOND REQUEST]** |
15 |        Defendant.             |  |

16

17      Plaintiff ALFREDO SALAZAR ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to Plaintiff's Complaint for fourteen (14) days from the current deadline of August 17, 2020, up to and including **August 31, 2020**.

22      Pursuant to the inherent delays caused by the current COVID-19 pandemic, Defense counsel has been unable to conduct a complete investigation.  The requested extension is necessary for additional time to investigate the allegations in the Complaint and prepare a response to the Complaint.

25

26  / / /

27

28  / / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  This is the second request for an extension of time to respond to the Complaint. This request
2  is made in good faith and not for the purpose of delay.

Dated: August 14, 2020

Respectfully submitted,

*/s/ Matthew I. Knepper*
GEORGE HAINES, ESQ.
FREEDOM LAW FIRM

MATTHEW I. KNEPPER, ESQ.
MILES N. CLARK, ESQ.
KNEPPER & CLARK LLC

Attorneys for Plaintiff
ALFREDO SALAZAR

Dated: August 14, 2020

Respectfully submitted,

*/s/ Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: __August 17_____, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4814-3322-3880.1 107811.1005

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800