Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

George H. Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554, Ext. 222
Email: ghaines@freedomlawfirm.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALFREDO SALAZAR, | Case No. 2:20-cv-01027-JCM-DJA |
| Plaintiff, | **STIPULATION OF DISMISSAL OF BACKGROUNDCHECKS.COM LLC WITH PREJUDICE** |
| v. | |
| BACKGROUNDCHECKS.COM, | Complaint filed: June 22, 2020 |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff Alfredo Salazar ("Plaintiff") and Defendant Backgroundchecks.com LLC ("Background") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and Background to be determined by the Court. Plaintiff hereby stipulates that all of his claims and causes of action against Background, which were or could have been the subject matter of this lawsuit, are hereby

dismissed with prejudice, without costs or fees to any party.

**IT IS SO STIPULATED.**
DATED: February 3, 2021.

| **KNEPPER & CLARK LLC** | **LITTLE MENDELSON. P.C.** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Diana Dickinson* |
| Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: Matthew.Knepper@knepperclark.com<br>Email: Miles.Clark@knepperclark.com | Diana Dickinson, Esq., SBN 13477<br>3960 Howard Hughes Parkway, Suite 300<br>Las Vegas, NV 89169-5937<br>Email: DDickinson@littler.com<br><br>*Counsel for Defendant*<br>*Backgroundchecks.com LLC* |
| **FREEDOM LAW FIRM**<br>George H. Haines, Esq., SBN 9411<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: GHaines@freedomlawfirm.com<br><br>*Counsel for Plaintiff* | |

## ORDER GRANTING STIPULATION OF DISMISSAL OF BACKGROUNDCHECKS.COM LLC WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED February 8, 2021.

4815-9811-1194.1 107811.1005

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430